396 A.2d 847

Weiss v. Weiss, Appellant.

Argued October 24, 1978.   Henry E. Rea, Jr., for appellant; Bernard Eisen, for appellee.

Before VAN der VOORT, SPAETH and LIPEZ, JJ.

Order affirmed.

396 A.2d 847

Wick, et ux., Appellants, v. Guetthoff, et ux.

Argued October 26, 1978.   Lee A. Montgomery, for appellants; William C. Robinson, for appellees.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Judgment affirmed.